The Clerk of the court
for the Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17108

16 October 2006

    <u>Re</u>: USA v. James H. Holloway
        Crim. Case No.: 1:00-CR-00162/03-4068

Dear Clerk:

Please, provide me with at least two (2) complete copies of the most current, up-to-date standard national form, "Motion Under 28 USC §2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody."

I am requesting such so, that I may file a pro se post conviction challenge to my current federal sentence, as soon as possible.

Also, please provide me with the amount of the service charge for a copy of my complete docket sheet.

In advance, I thank you very much.

*James H. Holloway*   10-16-06
James Holloway, pro se
Reg. No. 10208-067
United States Penitentiary Allenwood
P.O. Box 3000
White Deer, Pennsylvania 17887


file

Holloway, James
Reg. No. 10208-067
USP Allenwood
P.O. Box 3000
White Deer, Pa. 17887

LEGAL MAIL/LEGAL MAIL/LEGAL MAIL

MAILED FROM
U.S. PENITENTIARY
17108+0982

HARRISBURG PA 171
18 OCT 2006 PM 1 L

The Clerk of the court
for the Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17108

United Way

OCT 17 2006