IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 03-4068

UNITED STATES OF AMERICA

v.

JAMES HOLLOWAY,
Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Judge: Honorable Sylvia H. Rambo
District Court No.: 03-cr-00162

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
May 8, 2006

Before: BARRY and SMITH, *Circuit Judges*,
and DITTER, *District Judge*[*]

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on May 8, 2006. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered on October 6, 2003, be and the same hereby is AFFIRMED. All of

---

[*] The Honorable John William Ditter, Jr., Senior District Judge for the Eastern District of Pennsylvania, sitting by designation.

the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron, Clerk

Dated:  July 7, 2006

**Certified as a true copy and issued in lieu
of a formal mandate on December 1, 2006**

**Teste: /s/ Marcia M. Waldron**

**Clerk, U.S. Court of Appeals for the Third Circuit.**