JAMES HOLLOWAY
I.D.# 10208-067
USP ALLENWOOD
P.O. BOX 3000
WHITE DEER, PA. 17887

MAILED FROM
U.S. PENITENTIARY

LEGAL MAIL

JAN 17 2007

UNITED STATES DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108

U.S. POSTAGE PAID
WHITE DEER, PA
17887
JAN 18, 07
0006871-03
AMOUNT $0.00
17108

7006 2150 0004 7649 0078

RETURN RECEIPT REQUESTED

LEGAL MAIL

