United States District Court
of the Middle District of Pennsylvania
Harrisburg.

James H. Holloway          *   Criminal Case No
       Movant              *   1:CR-00-162
          v                *
United States of America   *   Judge
                           *   Sylvia H. Rambo
                           *

* * * * * *

Letter-motion for reconsideration of this court's January 24, 2007 order denying relief under 18 USC 3582(c)(2)

To: the Honorable Sylvia H. Rambo, U.S. District Court Judge:

Movant Mr. James H. Holloway a pro-se litigant respectfully moves this court to reconsider its January 24, 2007 order for the following reasons and assigning error thereto:

Assigning of errors relating to January 24, 2007

1). Under Stinson v. United States, 508 U.S. 36 (1993), the use of the Guideline authority to impose a sentence was forbidden if it violated the

\* \* \*

page (2)

continue from page(1) section(1)

= constitution of the Laws of the United States. three significant decisions from the Supreme court has come down Holding that the sixth Amendment was violated in application of the federal sentencing Guidelines (1) Glover v. United States, 531 US 198 (2001) counsel's failure to object to a misapplication of the guidelines; (2) United States v. Booker, 543 US 220, 243-44 (2005) (facts triggering a sentence range elevation under the then-mandatory federal sentencing Guidelines; and (3) Cunningham v. California, case 05-6551 Decided January 22, 2007, U.S. Supreme court) by placing sentence elevating factfinding within the judge's province, violated a defendant's right to trial by Jury, safeguarded by the Sixth and fourteenth Amendments).

Movant request that this court make such threshold inquiry in Relationship to the Amendments movant has sought Relief from as Stinson, supra Requires.

\*
\* \* \*
~~page 3~~

2). Movant assigns error to this court courts expansion of the time period to make objections and the forums cited. that is in light of US. V. Benanti; 137 fed. Appx. 479, 481 N.1 (3rd cir 2005) citing United States V. Diaz, 245 F.3d 294, 301 (3rd cir 2001) (constricting Amendments 591 Retroactively Applicability to a case pending on direct Appeal.).

3). finally movant assigns error to this court's recharacterization of 18 U.S.C ss 3582 (c)(2)'s predicates, i.e., Guideline Amendments to be predicates for Grounds under 28 U.S.C ss 2255. Section 3582(c)(2) is a remedial provision, "a continuation of the criminal proceedings against a defendant," see benanti; supra at 480. which Congress has established for gaining Access to the district court relating to reduction and on modification of a term of imprisonment. section 2255, and 2253(c) have different purposes and Relief.

\*  
\* \* \*  
page ④

WHEREFORE, this court should GRANT this motion for reconsideration to the plain error of law applied to Guideline Amendments.

Movant Request copy of this Letter/motion as Notice of Reciept with date thank you...

MOVANT  
Respectfully submitted  

10208-067   James H. Holloway  
U.S.P Allen Wood

James A. Holloway 10208-067
U.S.P. Allenwood
P.O. Box 3000
White, Deer
Pennsylvania
17887-3000

JAN 2 9 2007
MAILED FROM
U.S. PENITENTIARY

"Legal mail"

HARRISBURG PA 171
30 JAN 2007 PM 2 L

To: the Honorable Sylvia H. Rambo Judge
To: United States district court
#228 Walnut street
P.O. Box 983
Harrisburg, Pennsylvania
17108

17108+3500 C050

"Legal mail"