IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-00-162** |
| **v.** | : | |
| **JAMES HOLLOWAY** | : | |

# O R D E R

Before the court is Defendant's motion for reconsideration of this court's order dated January 24, 2007 which denied Defendant's motion filed pursuant to 18 U.S.C. § 3582(c)(2). A motion for reconsideration is not to give a litigant a second bite of the apple to reargue his position. It is well settled that a court will grant a motion for reconsideration only "to correct manifest errors of law or fact or to . . . [consider] newly discovered evidence." *Harsco Corp v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985), *cert. denied*, 476 U.S. 1171 (1986). Thus, unless new evidence has come to light which, had such evidence been discovered previously, could have affected a court's decisions, or unless the law on an issue has changed since the court's consideration of that issue, a motion for reconsideration is not proper.

Accordingly, **IT IS HEREBY ORDERED THAT** Defendant's motion for reconsideration is **DENIED**.

      s/Sylvia H. Rambo
      SYLVIA H. RAMBO
      United States District Judge

Dated: February 5, 2007.

                                             s/Sylvia H. Rambo
                                             Sylvia H. Rambo
                                             United States District Judge

Dated:  2007.