To: the clerk of the court
for the middle district of pennsylvania
Harrisburg

from James H. Holloway —
case no 1:00-cr-00162-SHR

2-13-2007

**FILED**
HARRISBURG, PA

FEB 16 2006

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

<u>Requesting a copy of</u>
<u>Docket-sheet and copy</u>
of reconsideration letter/motion
of the 3582(c)(2) letter/motion

    Movant James H. Holloway filed a motion to have sentence corrected from mistakes made by P.S.I agent where this court used same amendment violation mistakes to sentence movant.

    This court reviewed this motion same day as receipt movant recieved motion back 5 days after mailing to this court. in less than a week on Jan 24 2007 movant mailed in a reconsideration motion hand written to Judge Rambo address to her chambers. no respond, the records in this prison indicate the legal letter was mailed out to this court.

    I requested a copy of that motion of reconsideration as notice of receipt in this clerks office. I did not recieve a copy or any notice

    Movant also request this court honor the law of this state and country to review and correct the errors made by parol agent which affected the outcome of movants sentence executed by Judge Rambo when issued 125 months to movant in violation of the countries amend...

The clerk of the court                2-13-2007

Movant respectfully request this office to send copy of Docket sheet — and copy of the Reconsideration motion/letter from Movant for the 3582(c)(2) motion as receipt of on to this court and clerks office. Thank you.

If the courts feel their is a more appropreit avenue for correction of errors then movant respectfully request this court present that avenue, base on the fact that movant is not an attorney.

Movant has a release date Dec 2008 to halfway way 6 month house. These remaining months are months movant should not be serving based on errors of facts made by this honorable court, As mention in movant's 3582(c)(2) motion and proven supreme court laws and facts stated in reconsideration motion that gives this court jurisdiction to correct and remove all errors that would admiediately remove movant from incorrect incarceration.

Respectfully submitted
2-13-2007
10208-067 James W. Holloway
U.S.P. Allenwood
P.O. 3000
White Deer, Pennsylvania 17887-3000



FROM
PENITENTIARY

#10208-067
Sylvania

FEB 13 2007
MAIL

To: office of the clerk
U.S. United States District court
middle district of Pennsylvania
U.S. court house
228 Walnut street
P.O. Box 983
Harrisburg, Pennsylvania

Legal mail